FILED - USDC -NH
2[illegible] JUL 15 PM2:46

United States District Court

District of New Hampshire

[redacted]

v. Civil No. ____________

Commissioner of the
Department of Corrections, et Al.

Civil Rights complaint
pursuant to 42 U.S.C.S. §1983.

I. Parties

1. plaintiff, [redacted] northern country facility, 138 East Milan Road, Berlin, New Hampshire 03570.

2. Defendant, Commissioner, Helen Hanks, New Hampshire Department of Corrections, 112 pleasant Street / P.O. Box 1806 Concord, New Hampshire 03301, et Al

3. Defendant, captain Jon masse, New Hampshire Department of Corrections, 281 N. State Street, Concord, New Hampshire 03301.

II Juristiction

4. Juristiction is conferred upon this court pursuant to U.S.C.S. § 1331 And § 1367 And the United States Federal courts.

III Statement of the claim

5. The Defendants, Commissioner Helen Hanks, et Al And captain Jon masse Did Deprive plaintiff of his civil Rights protected by the 8th Amendment when they knowingly And intentionally Allowed And/or caused to be allowed the Assault upon the plaintiff [REDACTED]'s person.

IV Statement of Facts of claim

6. Defendants, Commissioner Helen Hanks et Al And captain Jon masse Displayed Deliberate Indifference, Gross Neglisence And egregious failure to Act And protect And As A Result, this failure And Conduct caused the Assault upon the person of [REDACTED], the plaintiff in this matter which Resulted in Serious physical And mental Injurys.

7. The Facts and circumstances that Gave rise, in part to the violations, deprivations and assault are as follows:

A. plaintiff, [redacted], prior to being assaulted, alerted prison officials to a hostile and assaultive inviornment and atmosphere in the [redacted] unit where he was housed.

please see, plaintiffs original handwritten copy (Draft) of the letter[1] that he wrote to prison Director of classification Department Sarah provencher Dated 1/6/2018 Attached herein.

mrs. provencher Responded to this letter in the "Inmates Request slip" Dated 2/9/18 stating the following:

[redacted], i understand your concerns you have for [redacted][2]. We will meet w/him to classify him and talk to him about housing[3].
I am not sure if you have reached out to the warden in regards to your concerns in [redacted]?
If not it may be a Good idea to write to him.
Thank you.

please see, mrs. provencher At Request slip Dated 2/9/18, Attached herein.

1. letter meets the Deliberate Indifference standard.
2. my [redacted] for this letter and issue is [redacted]
3. [redacted] was Transfered to A Diffrent Facility upstate At NCF Berlin.

B. Subsequently, in the month of [redacted] 2018 [redacted] [redacted] was Incarcerated at the New Hampshire State prison in Concord where he was placed in the [redacted] [redacted] where plaintiff was already housed.[4]

C. After approximately 12 Days [redacted] was promptly taken away away from the [redacted] And Secured in the protective custody unit.[5]

D. It was shortly after [redacted] move to protective custody that during the early evening hours of [redacted], 2018 plaintiff was brutally assaulted by two Gang members:

1. [redacted]
2. [redacted]

4. [redacted] are not Allowed to reside in the Same unit - this is Against prison policy

5. The reasoning for [redacted] prompt move to Secure And protective custody was learned by this writer subsequent to the assault And further proves Deliberate indifference in this case. This Information, Details And facts will be included in A supplemental (narrative) to this complaint, After further Investigation, And At trial.

Harm Resulting From Assault

plaintiff suffered and continues to suffer lifelong injurys, physical, mental, and emotional as result of the deliberate indifference, gross negligence, and egregious failure to act and protect by Commissioner Helen Hanks et al and captain Jon Masse and at the hands of inmates [redacted] and [redacted], including, but not limited to:

1. A broken neck
2. A severe concussion
3. Abrasions about the head and body, black eyes, bruising.
4. Post Traumatic stress syndrome Disorder PTSD with nightmares and flashbacks of the incident and assault which also exacerbated plaintiff's previously diagnosed psychiatric illnesses, including his; PTSD; schizoaffective disorder, and his dissociative disorder causing much anxiety and years of fear, panic and severe depression as well, inter alia. plaintiff continues to be affected with chronic neck & back pain, mobility issues, fear, anxiety, panic, depression, and more as a direct result of this vicious and violent assault upon his person.

Please see, Catholic medical center (CMC) reports, attached herein. exh at ps 6 of 8.
Please note: plaintiff will release specific psychiatric records upon request.

Relief Requested

plaintiff requests monetary damages (compensatory) for pain & suffering in the amount of $900.000.00 (nine hundred thousand dollars)
plaintiff request punitive damages of $900.000.00 (nine hundred thousand dollars). plaintiff request all medical bills be covered for life.

Respectfully submitted
[redacted]
Dated July 11, 2021

I, [redacted] Declare under penalty of perjury that the foregoing Information is true and correct to the best of my knowledge and belief.

July 11, 2021 — Date

[redacted] Signature

Jury Trial Demand

I demand a Jury Trial for all claims for which a Jury Trial is allowed.

Yes ✓

Date July 11, 2021 Signature of plaintiff [redacted]

Req. copy / Direct but Evident — Sent Intro/Free Request Slip stating: Dear Classification Director Mrs. Provencher, I have attached a copy of a 2 page letter in a sealed confidential envelope for your review and consideration. Please acknowledge receipt through

TO: Classifications Department 1-6-2018

Mrs. Provencher, Director/Supervisor

Page 2 over →

I Am please Requesting that your office And Department NOT classify [redacted] to the [redacted].

[redacted] recently overdosed on opioids while under the control And custody of the N.H. State prison / Department of Corrections / Half-way house work Release program.

This unit, The [redacted] where i Am presently housed, is Today And has long been Infested, Inundated And Flooded with easy access to synthetic opiods, Primarily, but not limited to (Suboxin) And more recently synthetic marijuana (K2 chemicals).

Also, this unit has no control, none over the long term, continuous And frequent Assaults And Assaultive behaviors.

During my most unfortunate stay in this unit, over the past several years I have witnessed And seen dozens And dozens of Black Eyes As well As vicious Attacks And Assaults that continue to occur, unabated. This, i Assert is not simply to be "expected" in such a setting, it is not simply A "normal prison experience" or A prison "Fact of life". To the contrary, The truth, the Facts, And the History of the Drugs And the Assaults in [redacted] Go well outside the Heartland of Normalcy And should be work at closely by Independent Investigators to Arrest it. (See, RSA code/law for Assault by prisoners) The legislative put this law into place for A very Good cause, it should be and must be enforced And A zero Assault by prisoner tolerance applied.

This unit Does not Appropriately Address the continuous Assaults that Are A clear violation of prison and criminal laws, easy chargeable offence As well As Individuals, the inmates that Are Assaulted Are but moved From One pod to Another, within this same unit.

Over →

This is paramount to covering up the assaults in this Unit.

Based on these proven facts I am please requesting that you Do not place [redacted] in harms way and Do not put his safety and wellbeing at Risk by placing him anywhere near the [redacted] [redacted].

[redacted] has a serious, untreated opioid addiction. I Do not want him subject to uncontrolable availability and access to Drugs nor to the possibility and high rate of propensity to be a victim of assault in the [redacted]. Thank you.

[redacted]

CC: Orr & Reno, P.A.
William R. [illegible], JR Esquire

Commission [illegible] [illegible]

Hold: Darrel Lynch, Clerk
US Federal Court DNH
Andrea Johnstone, Magistrate
Chief Justice Laplante

Representative Pellegrinos DNH
Representative [illegible] R. NH

Class

2 page letter enclosed in Sealed envelope with this Request.

**INMATE REQUEST SLIP**

**Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.**

**TO: Unit Supervisor, Security Lieutenant, CC/CM** **DATE:** 1-6-18

**FROM:** [redacted] **ID #:** [redacted]

Last Name First Name Middle Initial

NHSP - Concord [redacted]

**Facility** **Housing Unit** **Cell** **Work/Shift**

**INMATE REQUEST:** Dear Classification Director, Mrs. Provencher.

I have attached a copy of a 2 page letter In a Sealed confidential envelope, for your Review and consideration.

please Acknowledge Receipt. Thank you.

(If you need more space, use plain paper.)

[redacted]

***Inmate Signature***

**TO:** Classification Dept. / Mrs Provencher Director **DATE:** 1-6-18

**FROM: Unit Supervisor, Security Lieutenant or CC/CM**

**REMARKS:**

***Staff Signature***

**********************************************************************************************

**FROM:** Provencher **DATE:** 2/9/18

**Staff Member Name/Office**

**REMARKS:** [redacted] I understand the concerns you have for [redacted] I will meet w/ him to classify him and talk w/ him about housing. I am not sure if you have reached out to the warden in regards to your concerns in [redacted]? If not it may be a good idea to write to him. Thank you.

***Staff Signature***

**Received By** [redacted]

***Inmate Signature***

2-13-18

# INSTRUCTIONS

This form will be used by inmates of the New Hampshire Department of Corrections Facilities in Concord, Lakes Region, Goffstown, Berlin and Community Corrections Centers to communicate requests/issues to members of the Department of Corrections staff. Inmates serving sentences at other than New Hampshire State Prison Facilities may use stationery rather than inmate request slips.

The Yellow and White copies will be returned to you with a response. You must acknowledge receiving this response by signing the White original, which will then be returned to Offender Records for storage in archives for 3 years, after which it will be destroyed.

**The Yellow copy is YOUR copy. Please keep this for your records. This is your receipt of the request.**

Distribution of copies of this form: Give ALL copies to the Unit Supervisor, Security Lieutenant, or CC/CM.

---

# ADDRESS YOUR REQUEST AS FOLLOWS

Give all requests to your Unit Supervisor, Security Lieutenant, or CC/CM for prompt attention.

Strictly Confidential Requests may be placed in a sealed envelope and addressed to the appropriate staff member or Office(Commissioner, Warden, Bureau Administration, Investigations). If it is determined that your request could have been handled by a different party, it will be returned to your Unit Supervisor, Security Lieutenant, or CC/CM.

---

# IMPORTANT

**DO NOT** send requests written on other forms/paper. You **MUST USE THIS FORM** when communicating with staff. Other written forms will be returned unanswered.

Catholic Medical Center
Medical Records / Diagnostic Imagery
100 McGregor Street
Manchester, N.H. 03102

RECEIVED SEP 07 2018 BY:

428115

September 4, 2018

In re: [redacted]

Request for written Reports of medical History.

Dear Medical Records Department staff,

I was at the Catholic Medical Center twice in 2018 once for A Infection And the Second time more recently on [redacted], 2018 for A MRI for A Concussion Diagnosis.

Could you please forward me the the hard copys / written copys (Reports) of the Results of both matters, especially the results of the MRI of neck area results.

I have Enclosed A Signed, Dated and notarized medical release of Information form to Allow for release to me via U.S. Mail of these Requested written medical Records.

Thank you very much.

Please Send to:
[redacted]
P.O. Box 14
Concord New Hampshire 03301

# PERMISSION FOR RELEASE OF INFORMATION

**TO** : Catholic Medical Center
Department of Diagnostic Imagery
100 McGregor Street
Manchester, New Hampshire 03102

**NAME OF INDIVIDUAL:** [redacted]

**DATE OF BIRTH:** [redacted]

**SOCIAL SECURITY NO.:** [redacted]

**I hereby give my permission for the release of the following written and/or ~~oral~~ information to** [redacted] **of** P.O. Box 14 VIA by US Mail
Concord, New Hampshire 03301.

**Any and all records pertaining to my medical or mental treatment or condition from** [redacted] 2018 **to** [redacted] 2018**, specifically:**

Please forward me the written Results of A Infection I had in 2018; And please forward me the Complete results of the "MRI" Done At Catholic Medical on head and especially *Neck on [redacted] 2018.
*Written form please    Thank you.

**This release expires twelve (12) months from this date signed below unless earlier revoked.**

~~8/ /2018~~ 9-4-18 [redacted]

**Date** **Signature**

**Date** **Signature**

State of New Hampshire, County of Merrimack,

**Subscribed and sworn, before me this** 4th **day of** September, 2018.

[signature]
**Notary of the Public**

PAUL J. ROBERTS, Notary Public
State of New Hampshire
My Commission Expires June 24, 2020

# CATHOLIC MEDICAL CENTER
# EMERGENCY ROOM

[redacted]
DOB: [redacted]
Wt/Ht: 104.3 Kg (est.) 170.18 cm.
MedRec: [redacted]
AcctNum: [redacted]

Patient Data

**Complaint:** Assault
**Triage Time:** Fri [redacted] 2018 12:18
**Urgency:** ESI Level 3
**Bed:** ED ED
**Initial Vital Signs:** [redacted] 2018 12:15
**BP:** 145/85 (Machine)
**P:** 64
**O2 sat:** 98 on Room Air

**ED Attending:** Miller, PAC, Robin
**Primary RN:** Anderson, RN, Jennifer

**R:** 16
**T:** 98.4 (Oral)
**Pain:** 7

## KNOWN ALLERGIES

*No Known Allergy*

## PRESENTING PROBLEM (Fri [redacted] 2018 12:18 CC2)

Presenting problems: Headache, Eye Problem, Eye Injury, Head Injury (minor) with LOC.

## CALL IN

*CALL IN:* Call In: Fri [redacted] 2018 12:07. (Fri [redacted] 2018 12:07 BB6)

*NOTES:* Notes: Pt was assaulted Wednesday, struck with fists. Unknown LOC with nausea, dizziness, and now blurry vision. Pain to left neck. Difficulty opening mouth. (Fri [redacted] 2018 12:18 CC2)

## TRIAGE (Fri [redacted] 2018 12:34 SJJ)

*CONSENT:* Patient consents to family/friend being present during triage, Notes: 2 prison guards. (Fri [redacted] 2018 12:34 SJJ)

*SECURITY/SAFETY SCREENING:* Notes: None. (Fri [redacted] 2018 12:34 SJJ)

*EBOLA RISK SCREENING:* Patient has not traveled outside of US in past month. (Fri [redacted] 2018 12:34 SJJ)

*PATIENT:* NAME: [redacted] AGE: [redacted] GENDER: male, DOB: [redacted] TIME OF CALL IN: Fri [redacted] 2018 12:07 by Brigid Bifsha, RN, PREFERRED LANGUAGE: English, ISOLATION: *NONE, LATEX ALLERGY: NO, EXTERNAL DEVICE: N/A, SECURITY/SAFETY: Patient states does not have weapon, ANY FLU SYMPTOMS: NO. (Fri [redacted] 2018 12:18 CC2)

HEIGHT/LENGTH: 170.18cm. (Fri [redacted] 2018 12:34 SJJ)

KG WEIGHT: 104.3 (est.), BMI: 36.01. (Fri [redacted] 2018 12:47 RM4)

*ADMISSION:* URGENCY: ESI Level 3, ADMISSION SOURCE: Jail, TRANSPORT: Ambulatory, DEPT: Emergency, BED: EDWAIT. (Fri [redacted] 2018 12:18 CC2)

*VITAL SIGNS:* BP 145/85, (Machine), Pulse 64, Resp 16, Temp 98.4, (Oral), Pain 7, O2 Sat 98, on Room Air, Time [redacted] 2018 12:15. (Fri [redacted] 2018 12:15 CC2)

*COMPLAINT:* Assault. (Fri [redacted] 2018 12:18 CC2)

*TREATMENTS IN PROGRESS:* Notes: None. (Fri [redacted] 2018 12:34 SJJ)

*PAIN:* Patient complains of pain described as, on a scale 0–10 patient rates pain as 7, Location Left eye, left side of face, Pain is constant, Onset was [redacted] 2018 12:31. (Fri [redacted] 2018 12:34 SJJ)

*ASSESSMENT:* Assessment: Pt states he was assaulted by 3 men at the prison on Wednesday. He states he was punched multiple times in the face. He reports positive LOC. He did not receive medical attention at the prison and is coming in today because he has been having nausea, fatigue, sleepiness, feeling "off", and increased pain to the left eye and left side of his head. The skin around the left eye is ecchymotic and very swollen. He reports double vision to the left eye. He denies any Neck pain. He does not appear in any acute distress.,

**CATHOLIC MEDICAL CENTER**
**EMERGENCY ROOM**

DOB:
Wt/Ht: 104.3 Kg (est.) 170.18 cm.
MedRec:
AcctNum:

Symptoms began 18. (Fri 2018 12:34 SJJ)
*FALL RISK:* Patient has had no recent fall(s). (Fri 2018 12:34 SJJ)
*PREVIOUS VISIT ALLERGIES:* No Known Allergy. (Fri 2018 12:34 SJJ)

**ORDER ATTESTATION** (Fri 2018 14:23 RM4)
*ORDER ATTESTATION:* I agree with and approve the nursing order protocols initiated on the patient during this visit., I have reviewed and approve the verbal orders as documented for this encounter.

**VITAL SIGNS** (Fri 2018 12:15 CC2)
*VITAL SIGNS:* BP: 145/85 (Machine), Pulse: 64, Resp: 16, Temp: 98.4 (Oral), Pain: 7, O2 sat: 98 on Room Air, Time: 2018 12:15.

**PROBLEM LIST**
*Only confirmed problems are displayed:*

| Problem Name | Status | Date Diagnosed | Date Resolved | Confirm Status |
|---|---|---|---|---|
| Concussion without loss of consciousness, initial encounter | Active | Fri 2018 | | Confirmed |
| Epididymo-Orchitis | Active | Fri May 25, 2018 | | Confirmed |
| Sprain of ligaments of cervical spine, initial encounter | Active | Fri 2018 | | Confirmed |

**HPI TRAUMA** (Fri 2018 12:55 RM4)
*CHIEF COMPLAINT:* Patient presents for evaluation of trauma.
*HISTORIAN:* History provided by patient.
*MECHANISM OF INJURY:* Known mechanism, Mechanism of injury: Blunt trauma, by physical assault.
*LOCATION:* Symptoms are localized, most severe to headache, neck pain, left eye pain, vomiting.
*QUALITY:* Pain is dull in nature, described as aching.
*TIME COURSE:* Sudden onset of symptoms, Date and time of onset was Wednesday, There has been no change in the patient's symptoms over time, are constant.
*ASSOCIATED WITH:* Associated with neck pain, No associated chest pain, associated abdominal pain, associated loss of consciousness.
*EXACERBATED BY:* Patient's condition exacerbated by nothing.
*RELIEVED BY:* Patient's condition relieved by nothing because patient has not tried anything for relief.

**PAST MEDICAL HISTORY**
*MILITARY STATUS:* Patient or family member has never served in the military. (Fri 2018 12:34 SJJ)
*MEDICAL HISTORY:* No past medical history, Flu vaccine up to date, Date of immunization: 2017, Tetanus immunization up to date, Pneumococcal vaccine not up to date. (Fri 2018 12:34 SJJ)
*SURGICAL HISTORY:* Patient has had no previous surgical history. (Fri 2018 12:34 SJJ)
*PSYCHIATRIC HISTORY:* Psychiatric history includes, anxiety, depression, History of bipolar, History of psychosis, PTSD. (Fri 2018 12:34 SJJ)
*SOCIAL HISTORY:* Denies alcohol abuse, Denies tobacco abuse, Denies drug abuse, Currently incarcerated at State Prison in Concord. (Fri 2018 12:34 SJJ)
*FAMILY HISTORY:* Family history includes psychiatric disease. (Fri

2018 12:34 SJJ)

*NOTES:* Nursing records reviewed, Medication list reviewed. (Fri 2018 12:56 RM4)

**ROS** (Fri 2018 12:56 RM4)

*CARDIOVASCULAR:* Historian denies chest pain.

*GI:* Historian denies abdominal pain.

*MUSCULOSKELETAL:* Historian denies back pain, fall. Historian reports injury, neck pain.

*NOTES:* All other systems reviewed and are found to be negative.

**PHYSICAL EXAM**

*CONSTITUTIONAL:* Vital signs reviewed, Patient afebrile, Pulse normal, Blood pressure normal, Respiratory rate normal, Patient appears non toxic, Patient alert and oriented to person, place and time. (Fri 2018 12:56 RM4)

*HEAD:* Head exam included findings of head atraumatic, normocephalic. (Fri 2018 12:56 RM4)

*EYES:* Eye exam included findings of eyelids normal to inspection, Pupils equally round and reactive to light, Extraocular muscles intact, Conjunctiva normal, Sclera normal, Periorbital ecchymosis present, to the left eye. (Fri 2018 12:56 RM4)

*ENT:* Ear exam normal, external ear normal, tympanic membranes normal, no foreign body, no drainage, no bleeding, Nose exam normal, no nasal deformity, no bleeding from nares, Pharynx exam normal, Uvula exam normal, Tonsil exam normal, Mouth exam normal, mucous membranes moist, no drooling. (Fri 2018 12:56 RM4)

*NECK:* Neck exam included findings of normal range of motion, Trachea midline, no meningeal signs, no tenderness. (Fri 2018 12:56 RM4)

*RESPIRATORY CHEST:* Respiratory exam included findings of no respiratory distress, Breath sounds clear, Chest exam included findings of chest movement symmetrical, Chest expansion equal, no tenderness, no crepitus. (Fri 2018 12:56 RM4)

*CARDIOVASCULAR:* Cardiovascular exam included findings of heart rate regular rate and rhythm, Heart sounds normal. (Fri 2018 12:56 RM4)

*ABDOMEN MALE:* Abdominal exam included findings of abdomen nontender, no peritoneal signs, no rigidity, no guarding, no rebound. (Fri 2018 12:57 RM4)

*BACK:* Back exam included findings of normal inspection, range of motion normal. (Fri 2018 12:56 RM4)

*UPPER EXTREMITY:* Upper extremity exam included findings of inspection normal, Range of motion normal, Motor strength normal, Radial pulse normal, no edema. (Fri 2018 12:56 RM4)

*LOWER EXTREMITY:* Lower extremity exam included findings of inspection normal, Range of motion normal, Motor strength normal, no edema. (Fri 2018 12:56 RM4)

*NEURO:* Glasgow coma scale 15, Neuro exam findings include patient oriented to person, place and time, Speech normal, Memory normal, no focal motor deficits. (Fri 2018 12:56 RM4)

*SKIN:* Skin exam included findings of skin warm, dry, and normal in color, no rash. (Fri 2018 12:56 RM4)

*PSYCHIATRIC:* Psychiatric exam included findings of patient oriented to person place and time, Normal affect. (Fri 2018 12:56 RM4)

# CATHOLIC MEDICAL CENTER
# EMERGENCY ROOM

DOB:
Wt/Ht: 104.3 Kg (est.) 170.18 cm.
MedRec:
AcctNum:

## DIAGNOSIS (Fri 2018 14:00 RM4)

*FINAL:* PRIMARY: Concussion without loss of consciousness, initial encounter, ADDITIONAL: Sprain of ligaments of cervical spine, initial encounter.

## CURRENT MEDICATIONS (Fri 2018 12:34 SJJ)

*Reviewed Previous/ALL Visits*

*Zantac:*

**Patient Dose:** 150 mg PO (by mouth) PRN.

*SEROquel:*

**Patient Dose:** 25 mg PO (by mouth) At bedtime.

*Prazosin Hydrochloride:*

**Patient Dose:** 1 mg PO (by mouth) At bedtime.

## MEDICATION RECONCILIATION (Fri 2018 13:56 RM4)

*Prazosin Hydrochloride – Continue as Prescribed:* Patient had been taking: 1 mg PO (by mouth) At bedtime. .

*Reviewed Previous/ALL Visits – Continue as Prescribed:* (No Reconciliation Information).

*SEROquel – Continue as Prescribed:* Patient had been taking: 25 mg PO (by mouth) At bedtime. .

*Zantac – Continue as Prescribed:* Patient had been taking: 150 mg PO (by mouth) PRN. .

## PRESCRIPTION

No recorded prescriptions

## RESULTS

*RADIOLOGY:* CT Brain Observe DT: Fri 2018 13:18,
CT Brain CATHOLIC MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING

---

Pt Name: Acct No:
Date: 2018 DOB:
Location: Emergency Department
Ord Phys: Miller, Robin PAC
MR No:
Report Status: Final

---

CT18–13836 Exam: CT Brain
CT SCAN OF THE BRAIN
INDICATION: vomiting, headache, head injury.
COMPARISON: None.
TECHNIQUE: The study was performed without intravenous contrast. Multiplanar reformatting was performed. Automated exposure control, adjustment of the mA and/or kV according to patient size, and use of iterative reconstruction technique was utilized.
FINDINGS:
Intracranial hemorrhage: None.
Cerebral and cerebellar parenchyma: Within normal limits for age. There is no evidence for an acute territorial infarction, focal mass

# CATHOLIC MEDICAL CENTER
# EMERGENCY ROOM

DOB:
Wt/Ht: 104.3 Kg (est.) 170.18 cm.
MedRec:
AcctNum:

lesion, or shift of the midline structures.
Ventricles and and extra-axial CSF spaces: Within normal limits for age and without hydrocephalus.
Midline structures (cerebellar tonsils, vermis, corpus callosum, and pituitary): Within normal limits.
Paranasal sinuses and mastoid air cells: Clear.
Visualized orbits: Normal.
Soft tissues: Normal.
Skull base and calvarium: Intact.
IMPRESSION:
No acute intracranial process.
This report electronically signed by:
David S Gerson MD
Date: 2018 1:20 PM
CC: Fetter, Jeffrey MD
Dictated: 2018 Posted: 18 13:23:19 . (Fri 2018 13:24 RM4)

CT Maxillofacial Observe DT: Fri 2018 13:22,
CT Maxillofacial CATHOLIC MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING

---

Pt Name: Acct No:
Date: 2018 DOB:
Location: Emergency Department
Ord Phys: Miller, Robin PAC
MR No:
Report Status: Final

---

CT18-13837 Exam: CT Maxillofacial
CT SCAN OF THE FACE
INDICATION: alleged assault, pain, left eye pain.
COMPARISON: None.
TECHNIQUE: The study was performed without intravenous contrast. Multiplanar reformatting was performed. Automated exposure control, adjustment of the mA and/or kV according to patient size, and use of iterative reconstruction technique was utilized.
FINDINGS:
Globes: No significant abnormality.
Orbital post septal fatty infiltration: None.
Sinuses: Clear.
Visualized portions of the brain: No significant abnormality.
Soft tissues: Normal.
Osseous structures: Intact.
IMPRESSION:
No acute abnormality.
This report electronically signed by:
Tad T Renvyle, MD
Date: 2018 1:35 PM
CC: Fetter, Jeffrey MD
Dictated: 2018 Posted: 18 13:38:39 . (Fri 2018 13:41 RM4)

CT Spine – Cervical Observe DT: Fri , 2018 13:26,

# CATHOLIC MEDICAL CENTER
# EMERGENCY ROOM

DOB: [REDACTED]
Wt/Ht: 104.3 Kg (est.) 170.18 cm.
MedRec: [REDACTED]
AcctNum: [REDACTED]

CT Spine – Cervical CATHOLIC MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING

Pt Name: [REDACTED] Acct No: [REDACTED]
Date: [REDACTED]2018 DOB: [REDACTED]
Location: Emergency Department
Ord Phys: Miller, Robin PAC
MR No: [REDACTED]
Report Status: Final

CT18–13838 Exam: CT Spine – Cervical
CT CERVICAL SPINE
INDICATION: neck pain.
COMPARISON: None.
TECHNIQUE: The study was performed without intravenous contrast. Multiplanar reformatting was performed. Automated exposure control, adjustment of the mA and/or kV according to patient size, and use of iterative reconstruction technique was utilized.
FINDINGS:
Cervical lordosis: Mild reversal likely postural..
Vertebrae: There is an incomplete C2 ring on the right side. The margins are smooth and corticated suggesting that this is either chronic or congenital. Im of low suspicion for fracture..
Disc spaces: Advanced degenerative disc disease at C6–C7..
Visualized base of the brain: Normal.
Visualized sinuses and mastoid air cells: Clear.
Upper chest: No significant abnormality.
Soft tissues: Unremarkable.
Other osseous structures: Unremarkable.
IMPRESSION:
No distinct evidence acute fracture. There is an incomplete C2 ring on the right which I suspect is chronic. If however patient has point tenderness at this location, acute injury cannot be completely excluded..
This report electronically signed by:
Tad T Renvyle, MD
Date: [REDACTED]2018 1:47 PM
CC: Fetter, Jeffrey MD
Dictated: [REDACTED]2018 Posted: [REDACTED]18 13:51:02 . (Fri [REDACTED]2018 13:52 RM4)

**DOCTOR NOTES** (Fri [REDACTED]2018 14:23 RM4)

*PATIENT STATUS:* Patient has stabilized since arrival to emergency department.

*PATIENT PLAN:* The patient will be discharged, The patient will follow up with primary care physician, The patient is to continue present medications.

*NOTES:* Diagnostic impression: HEAD INJURY

–

The patient is a [REDACTED] male who is a prisoner at the NH State Prison. The patient sustained injuries s/p alleged assault that occurred on Wednesday. He is reporting headache, dizziness and mild confusion. He has had some left lateral neck pain. The patient has periorbital ecchymosis to the left eye. The eye

itself is unaffected.

–

CT brain, C–spine and maxillofacial are unremarkable.

–

I have discussed all results with the patient as well as the infirmary nurse.

–

Concussion precautions

–

The patient and I have discussed the diagnosis and risks, and we agree with discharging home to follow–up with their primary doctor and/or specialist. We also discussed returning to the Emergency Department immediately if new or worsening symptoms occur.

–

ED attending: Dr MacLean

*** Please note this report has been produced using speech recognition software and may contain errors related to that system including errors in grammar, punctuation, and spelling. It may also include errors in words and phrases . If there are any question or concerns please feel free to contact me for clarification.

### ATTENDING (Mon [redacted] 2018 16:57 CM8)

*ATTENDING:* This patient was seen independently by the physician's assistant per scope of practice. I did not interview or examine this patient myself but was available for consultation as needed.

### NURSING ASSESSMENT: HEADACHE (Fri [redacted] 2018 13:34 JA2)

*CONSTITUTIONAL:* History obtained from patient, Patient arrives ambulatory, Gait steady, Patient appears comfortable, Patient cooperative, alert. Oriented to person, place and time, Skin warm, Skin dry, Skin normal in color, Mucous membranes pink, moist. Patient is well–groomed, Patient complains of headache.

*PAIN:* aching pain, to the frontal region, to the left orbit, on a scale 0–10 patient rates pain as 7, Pain exacerbated by, palpation, pressure, Nothing has been tried to alleviate the pain.

*HEADACHE:* Associated with diplopia, Precipitating factors include fatigue, Notes: Pt. arrives after an assault in the prison 2 days ago stating positive LOC and now having double vision, nausea, and very sleepy. Pt. did not have any care received at the prison.

### NURSING PROCEDURE: DISCHARGE NOTE (Fri [redacted] 2018 14:32 JA2)

*DISCHARGE:* Patient discharged in police custody, Patient departed ED at [redacted] 2018 14:45, ambulating without assistance, transported via police, accompanied by guard, Summary of Care printed, Discharge instructions given to patient, Simple or moderate discharge teaching performed, Above person(s) verbalized understanding of discharge instructions and follow–up care, Patient treated and evaluated by physician.

### ORDER DETAILS

| Order Name | Status | Time | User |
|---|---|---|---|
| CT.BRAIN WITHOUT CONTRAST | Done | 13:23 [redacted] 2018 | System |
| – Ordered for: Miller, PAC, Robin | | | |
| – Entered by: Miller, PAC, Robin – Fri [redacted] 2018 12:47 | | | |
| – Quantity: 1 | | | |

# CATHOLIC MEDICAL CENTER
# EMERGENCY ROOM

DOB:
Wt/Ht: 104.3 Kg (est.) 170.18 cm.
MedRec:
AcctNum:

| CT.MAXILLOFACIAL/TRAUMA W/O CONTRAST | Done | 13:38 2018 | System |
|---|---|---|---|
| – Ordered for: Miller, PAC, Robin | | | |
| – Entered by: Miller, PAC, Robin – Fri 2018 12:47 | | | |
| – Quantity: 1 | | | |
| CT.SPINE–CERVICAL WITHOUT CONTRAST | Done | 13:51 2018 | System |
| – Ordered for: Miller, PAC, Robin | | | |
| – Entered by: Miller, PAC, Robin – Fri 2018 12:47 | | | |
| – Quantity: 1 | | | |

## ORDERS (Fri 2018 12:47 RM4)

*CT.BRAIN WITHOUT CONTRAST:* Ordered for: Miller, PAC, Robin
Status: Done by: System – Fri 2018 13:23.
*CT.MAXILLOFACIAL/TRAUMA W/O CONTRAST:* Ordered for: Miller, PAC, Robin
Status: Done by: System – Fri 2018 13:38.
*CT.SPINE–CERVICAL WITHOUT CONTRAST:* Ordered for: Miller, PAC, Robin
Status: Done by: System – Fri 2018 13:51.

## INSTRUCTION (Fri 2018 13:56 RM4)

*DISCHARGE:* CONCUSSION AND BRAIN INJURY.
*SPECIAL:* Continue YOUR USUAL medications as prescribed.
Return to the Emergency Dept IMMEDIATELY for any worsening symptoms or new concerns.
Follow up with your PCP in TWO days for recheck of your symptoms and for continued medical care.
YOU WERE TREATED TODAY BY ROBIN MILLER, PA–C.

## DISPOSITION

*PATIENT:* Disposition Type: DC from ED, Disposition: *Routine Discharge ED, Condition: Stable. (Fri 2018 13:59 RM4)
Patient left the department. (Fri 2018 14:46 JA2)
Disposition: *Discharge To Court/Law Enforcement. (Wed 2018 07:10 LO2)

## ADMIN

*DIGITAL SIGNATURE:* Miller, PAC, Robin. (Fri 2018 16:30 RM4)
Maclean, MD, Craig. (Mon 2018 16:58 CM8)
Jones, RN, Sarah. (Sun Sep 16, 2018 10:30 SJJ)

## EVENTS

*ATTENDING:* Miller, PAC, Robin saw the patient on Fri 2018 12:42. (Fri 2018 12:42 RM4)
*TRANSFER:* Triage to Emergency WaitRmED. (Fri 2018 12:18 CC2)
Emergency WaitRmED to MainED 14. (Fri 2018 12:20 SJJ)
Removed from Emergency MainED 14. (Fri 2018 14:46 JA2)

**Key:**
**BB6=Bifsha, RN, Brigid CC2=Champagne, RP, Cassondra CM8=Maclean, MD, Craig JA2=Anderson, RN, Jennifer LO2=Oczykowski, CODER, Lillian RM4=Miller, PAC, Robin SJJ=Jones, RN, Sarah**

Catholic Medical Center
100 McGregor Street
Manchester, NH 03102

**Patient Results**

| | Emergency Department | | M | MacLean, Craig A |
|---|---|---|---|---|
| DSC | | | | |

2018 13:26 CT Spine Cervical 1 or more Final Results Received

PACS Camera Pointer — Final

CT Spine Cervical — Final

Final Report
CATHOLIC MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING

Pt Name: Acct No:
Date: 2018 DOB: M
Location: Emergency Department
Ord Phys: Miller, Robin PAC
MR No:
Report Status: Final

CT18-13838 Exam: CT Spine - Cervical

CT CERVICAL SPINE

INDICATION: neck pain.

COMPARISON: None.

TECHNIQUE: The study was performed without intravenous contrast. Multiplanar reformatting was performed. Automated exposure control, adjustment of the mA and/or kV according to patient size, and use of iterative reconstruction technique was utilized.

FINDINGS:
Cervical lordosis: Mild reversal likely postural..

Vertebrae: There is an incomplete C2 ring on the right side. The margins are smooth and corticated suggesting that this is either chronic or congenital. I'm of low suspicion for fracture..

Disc spaces: Advanced degenerative disc disease at C6-C7..

Visualized base of the brain: Normal.

Visualized sinuses and mastoid air cells: Clear.

Upper chest: No significant abnormality.

Soft tissues: Unremarkable.

Other osseous structures: Unremarkable.

lordosis: curving forward.
→ (1) abnormal curvature of the spine forward.
Cervicle = 7 vertebraes of the neck.
postural: of, relating to or involving "posture"

Catholic Medical Center
100 McGregor Street
Manchester, NH 03102

**Patient Results**

| [redacted] | **Emergency Department** | [redacted] | **M** | **MacLean, Craig A** |
|---|---|---|---|---|
| DSC | | [redacted] | | [redacted] |

| [redacted] 2018 13:26 | CT Spine Cervical | 1 or more Final Results Received |
|---|---|---|

IMPRESSION:
No distinct evidence acute fracture. There is an incomplete C2 ring on the right which I suspect is chronic. If however patient has point tenderness at this location, acute injury cannot be completely excluded..

This report electronically signed by:
Tad T Renvyle, MD
Date: [redacted] 2018 1:47 PM

CC: Fetter, Jeffrey MD

Dictated: [redacted] 2018 Posted: [redacted] 18 13:51:02

Catholic Medical Center
100 McGregor Street
Manchester, NH 03102

**Patient Results**

| | Emergency Department | | M | MacLean, Craig A |
|---|---|---|---|---|
| DSC | | | | |

2018 13:22 CT Maxillofacial 1 or more Final Results Received

| | |
|---|---|
| PACS Camera Pointer | Final |
| CT Maxillofacial | Final |

Final Report
CATHOLIC MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING

---

Pt Name: Acct No:
Date: 2018 DOB: M
Location: Emergency Department
Ord Phys: Miller, Robin PAC
MR No:
Report Status: Final

---

CT18-13837 Exam: CT Maxillofacial

CT SCAN OF THE FACE

INDICATION: alleged assault, pain, left eye pain.

COMPARISON: None.

TECHNIQUE: The study was performed without intravenous contrast. Multiplanar reformatting was performed. Automated exposure control, adjustment of the mA and/or kV according to patient size, and use of iterative reconstruction technique was utilized.

FINDINGS:
Globes: No significant abnormality.

Orbital post septal fatty infiltration: None.

Sinuses: Clear.

Visualized portions of the brain: No significant abnormality.

Soft tissues: Normal.

Osseous structures: Intact.

IMPRESSION:
No acute abnormality.

Catholic Medical Center
100 McGregor Street
Manchester, NH 03102

**Patient Results**

| | Emergency Department | | M | MacLean, Craig A |
|---|---|---|---|---|
| DSC | | | | |

2018 13:18 CT Brain 1 or more Final Results Received

PACS Camera Pointer Final

CT Brain Final

Final Report
CATHOLIC MEDICAL CENTER
DEPARTMENT OF DIAGNOSTIC IMAGING

---

Pt Name: Acct No:
Date: 2018 DOB: M
Location: Emergency Department
Ord Phys: Miller, Robin PAC
MR No:
Report Status: Final

---

CT18-13836 Exam: CT Brain

CT SCAN OF THE BRAIN

INDICATION: vomiting, headache, head injury.

COMPARISON: None.

TECHNIQUE: The study was performed without intravenous contrast. Multiplanar reformatting was performed. Automated exposure control, adjustment of the mA and/or kV according to patient size, and use of iterative reconstruction technique was utilized.

FINDINGS:
Intracranial hemorrhage: None.

Cerebral and cerebellar parenchyma: Within normal limits for age. There is no evidence for an acute territorial infarction, focal mass lesion, or shift of the midline structures.

Ventricles and and extra-axial CSF spaces: Within normal limits for age and without hydrocephalus.

Midline structures (cerebellar tonsils, vermis, corpus callosum, and pituitary): Within normal limits.

Paranasal sinuses and mastoid air cells: Clear.

Visualized orbits: Normal.

Soft tissues: Normal.

Catholic Medical Center
100 McGregor Street
Manchester, NH 03102

**Patient Results**

| [redacted] | Emergency Department | [redacted] | M | MacLean, Craig A |
|---|---|---|---|---|
| DSC | | [redacted] | | [redacted] |

[redacted] 2018 13:18 CT Brain 1 or more Final Results Received

Skull base and calvarium: Intact.

IMPRESSION:
No acute intracranial process.

This report electronically signed by:
David S Gerson MD
Date: [redacted] 2018 1:20 PM

CC: Fetter, Jeffrey MD

Dictated: [redacted] 2018 Posted: [redacted] 18 13:23:19

Catholic Medical Center
100 McGregor Street
Manchester, NH 03102

## Patient Results

| [redacted] | Emergency Department | [redacted] | M | MacLean, Craig A |
|---|---|---|---|---|
| DSC | | [redacted] | | [redacted] |

| [redacted] 2018 13:22 | CT Maxillofacial | 1 or more Final Results Received |
|---|---|---|

This report electronically signed by:
Tad T Renvyle, MD
Date: [redacted] 2018 1:35 PM

CC: Fetter, Jeffrey MD

Dictated: [redacted] 2018 Posted: [redacted] 18 13:38:39

**Catholic Medical Center**
**EMERGENCY FLOW SHEET RECORD**
**Name:** [REDACTED] **Age:** [REDACTED] **MR:** [REDACTED] **Acct:** [REDACTED]

| VITAL SIGNS | CC2 |
|---|---|
| TIME | [REDACTED]2018 12:15 |
| BP | 145/85 (Machine) |
| PULSE | 64 |
| RESP | 16 |
| TEMP | 98.4 (Oral) |
| PAIN | 7 |
| O2 SAT | 98 on Room Air |

FILED - USDC -NH
2021 JUL 15 PM2:46

United States District court

District of New Hampshire

* Clerk of court*

55 pleasant Street, Rm 110

Concord, New Hampshire 03301

July 11, 2021

RE: Civil complaint Filed by:

[redacted] v. Commissioner

of Department of Corrections, et al

Dear clerk of court,

Please find enclosed my Timely filed civil Rights complaint pursuant to USCS §1983 for filing with this Honorable court. I have also provided a Index showing the additional, accompanying motions to Include:

1. motion to proceed informa pauperis
2 motion to waive Service
3 preliminary motion for injunctive Relief And motion for permanent injunction
4. motion to appoint counsel
5 motion to Seal.

please know that i am in the process of preparing a motion for supplement of list of Facts to civil Rights Complaint (with Exhibits) which i will forward soon.

special Note: Because this complaint And its contents are sensitive in nature And with much more sensitive Information forthcoming this Information And complaint (all) is the only copy. I will request a copy later, if needed or if Attorney is appointed. Thank you.

Thank you very much for your assistance with this matter.

Sincerely, [redacted]

NCF Berlin
138 Eastlaw Rd.
Berlin, NH 03570

My correct adress, at this time is:

NCF - Berlin
138 East Milan Road
Berlin, New Hampshire
03570

Please send me the DKT no to this case when Docketed.

Thank you.

# INDEX

1. Civil Rights complaint pursuant to USCS § 1983

2. motion to proceed Informa papers

3. motion to waive Service

4. preliminary motion for Injunctive Relief And motion for permanent Injunction.

5. motion to appoint counsel

6. motion to Seal

NCF - Berlin
3 Pemilan Road
Berlin, New Hampshire
03570

U.S. POSTAGE 8436 ZIP 03301 $ 002.60 0001403591 JUL 14 202

United States District Court
District of New Hampshire
Clerk of Court
55 Pleasant Street, Room 110
Concord, New Hampshire
03301