UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John Doe

   v.                                                  Case No. 21-cv-604-LM

NH Department of Corrections,
Commissioner et al.

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 15, 2022 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

      SO ORDERED.

                                                                _____
                                                                 Landya B. McCafferty
                                                                 United States District Judge

Date: October 21, 2022
cc: John Doe, pro se
    Brandon Francis Chase, Esq.