```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

John Doe

    v.                                                Case No. 21-cv-604-LM-AJ

NH Department of Corrections, Commissioner
et al.

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 18, 2025 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The defendants' motion for summary judgment (doc. 79) is granted. Doe's cross motion for summary judgment (doc. 81) is denied. The clerk shall enter judgment and close the case.

                                                            _____
                                                            Landya B. McCafferty
                                                            United States District Judge

Date: March 25, 2025

cc:   John Doe, pro se
       Counsel of Record